

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2020

No. 04-19-00550-CV

Sergio **ALANIS** Sr.,
Appellant

v.

Jesus Maria 'Chuy' **ALVAREZ**,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-00-328
Honorable Federico Hinojosa, Judge Presiding

# O R D E R

Appellees have filed copies of their requests for supplemental clerk's and reporter's records in this appeal and have filed proof of payment for the supplements. We therefore **order** Orlando Velasquez, the District Clerk of Starr County, and court reporter Dora M. Canizales to file the requested supplemental records by **February 20, 2020**.

We further grant appellees' motion for leave to file an amended brief and **order** any amended brief due fifteen days after the supplemental records have been filed.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court